**SO ORDERED.**

**SIGNED this 03 day of December, 2008.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

IN RE: Mishelle P. Dennis            CASE NO. 08-34806
                                                       Chapter 7
        Debtor.

## AGREED ORDER

In this cause, it appearing to the Court that Citizens National Bank ("Creditor") has filed a secured proof of claim herein evidencing a duly perfected lien against the Debtor's real estate as more fully described therein, consisting generally of property at 148 Ponders Gap Road, Ten Mile, Tennessee 37880, and that the Debtor intends to surrender the collateral to the Creditor, by agreement of the parties, and for cause shown, it is hereby ORDERED (1) that the automatic stay of 11 U.S.C. § 362 is modified for the benefit of the Creditor in order to permit the Creditor to proceed with its remedies under applicable law, including the foreclosure of the above-described collateral, and to liquidate same in accordance with the Creditor's security agreement and applicable law, (2) that the subject collateral is deemed abandoned under 11 U.S. C. Sec. 554, and (3) that the ten (10) day stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall be inapplicable to this Order.

# # #

APPROVED FOR ENTRY:

/s/ C. Edwin Shoemaker
C Edwin Shoemaker (#007335)
Attorney for Citizens National Bank
Suite D-200
9111 Cross Park Drive
Knoxville, TN 37923
(865) 470-4250


/s/ G. Wayne Walls
G. Wayne Walls,  Trustee
P.O. Box 22400
Knoxville, TN 37933


/s/ Ann Mostoller
Ann Mostoller, Attorney for Debtor
136 South Illinois Ave., Ste 104
Oak Ridge, TN 37830